1 | Michael S. Chamberlin (Bar No. 175427)
Jay J. Lee (Bar No. 187808)
2 | **FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
3 | Los Angeles, California  90071
Telephone:     (213) 892-9200
4 | Facsimile:     (213) 892-9494
Attorneys for Defendants
5 | GC SERVICES L.P. and
DANIEL LEE MARTIN, JR.
6 |
Johnny L. Griffin, III (Bar No. 118694)
7 | Victoria M. Ciganda (Bar No. 215719)
**LAW OFFICES OF JOHNNY L. GRIFFIN III**
8 | 1010 F Street, Suite 200
Sacramento, California 95814
9 | Telephone: (916) 444-5557
Attorneys for Plaintiff
10 | JAMIE ANNE O'NEAL

11

UNITED STATES DISTRICT COURT

12

13

EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| JAMIE ANNE O'NEAL, | ) CASE NO.:  2:06-CV-02825-MCE-GGH |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **JOINT STIPULATION TO SET ASIDE** |
| GC SERVICES LIMITED PARTNERSHIP; | ) **ENTRY OF DEFAULT ON** |
| DANIEL LEE MARTIN, JR; and DOES I | ) **DEFENDANT DANIEL LEE MARTIN,** |
| through XX, inclusive, | ) **JR.; ORDER** |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| _____ | ) |
| GC SERVICES, L.P., | ) |
| | ) |
| Counterclaimant, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMIE ANNE O'NEAL, | ) |
| | ) |
| Counterdefendant. | ) |

28

31270014.1

DOCUMENT PREPARED
ON RECYCLED PAPER

JOINT STIPULATION TO SET ASIDE ENTRY OF DEFAULT ON DEFENDANT DANIEL LEE  MARTIN, JR.;
[PROPOSED] ORDER

1        This Joint Stipulation to set aside the default entered in this matter on February 2, 2007 as

2   to Defendant Daniel Lee Martin, Jr., is entered into by and between Plaintiff Jamie Anne O'Neal

3   ("Plaintiff"), through her attorney of record, Victoria M. Ciganda, and Defendants Daniel Lee

4   Martin, Jr., and GC Services, LP ("Defendants"), through their attorney of record, Jay J. Lee, and

5   is based upon the following recitals:

6

7        **WHEREAS**, on or about January 9, 2007, Plaintiff effected service of process on

8   Defendant Daniel Lee Martin, Jr. ("Martin");

9        **WHEREAS**, Defendant Martin's answer to Plaintiff's complaint was due to be filed with

10   the District Court within 20 days of the date of service;

11        **WHEREAS**, Jay J. Lee, the attorney representing Defendant Martin, erroneously and

12   inadvertently calendared the last day to respond to Plaintiff's complaint as being 30 days from the

13   date of service;

14        **WHEREAS**, Defendant Martin, due to the excusable mistake of his counsel Jay J. Lee,

15   failed to file an answer to Plaintiff's complaint by January 29, 2007 – the 20th day following the

16   date of service of the summons and complaint;

17        **WHEREAS**, on or about February 2, 2007, the Plaintiff filed a request for entry of default

18   as to Defendant Martin;

19        **WHEREAS**, on or about February 2, 2007, the Court Clerk entered a default against

20   Defendant Martin;

21        **WHEREAS**, on or about February 5, 2007, Jay J. Lee telephoned Victoria M. Ciganda,

22   plaintiff's counsel, to explain the circumstances surrounding Defendant Martin's failure to appear

23   or otherwise respond to Plaintiff's complaint – namely Jay J. Lee's erroneous and inadvertent

24   calendaring mistake – and to request that the parties stipulate to set aside the entry of default

25   resulting from Jay J. Lee's mistake;

26   / / / /

27   / / / /

28

DOCUMENT PREPARED
ON RECYCLED PAPER

31270014.1

- 2 -

JOINT STIPULATION TO SET ASIDE ENTRY OF DEFAULT ON DEFENDANT DANIEL LEE  MARTIN, JR.;
[PROPOSED] ORDER

1    **WHEREAS**, the parties, by and through their attorneys of record, agree that Plaintiff will

2    not be prejudiced by allowing Defendant Martin to file an answer to Plaintiff's complaint after the

3    entry of default has been set aside by the District Court;

4    **WHEREAS**, Defendant Martin will file an Answer forthwith, once the District Court

5    orders that the entry of default as to Defendant Martin be set aside.

6

7    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and

8    between Plaintiff and Defendants, through their respective attorneys of record, subject to the

9    approval of the District Court, that:

10       1.    The default entered against Defendant Martin on February 2, 2007 be set aside;

11       2.    Defendant Martin's Answer to Plaintiff's Complaint may be filed within one day

12   of date of the Court's execution and entry of the [Proposed] Order attached to this Stipulation;

13

14   Dated:    February 7, 2007            **LAW OFFICES OF JOHNNY L. GRIFFIN III**
                                          JOHNNY L. GRIFFIN, III
15                                        VICTORIA M. CIGANDA

16

17                                        _____/S/ (Victoria Ciganda on 2/7/2007)_____
18                                        Victoria M. Ciganda
                                          Attorneys for Plaintiff JAMIE ANNE O'NEAL
19

20   Dated:    February 7, 2007            **FULBRIGHT & JAWORSKI L.L.P.**
                                          MICHAEL S. CHAMBERLIN
21                                        JAY J. LEE

22

23                                        _____/S/ (Jay J. Lee On 2/7/2007)_____
24                                        Jay J. Lee
                                          Attorneys for Defendants GC SERVICES LP and
25                                        DANIEL LEE MARTIN, JR.

26

27

28   31270014.1
                                          - 3 -

JOINT STIPULATION TO SET ASIDE ENTRY OF DEFAULT ON DEFENDANT DANIEL LEE  MARTIN, JR.;
[PROPOSED] ORDER

1

**ORDER**

2

3          IT IS SO ORDERED.

4     DATED: February 21, 2007

5                                          _____
                                           MORRISON C. ENGLAND, JR
6                                          UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER

JOINT STIPULATION TO SET ASIDE ENTRY OF DEFAULT ON DEFENDANT DANIEL LEE  MARTIN, JR.;
[PROPOSED] ORDER