**LAW OFFICES JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (State Bar #118694)**
**VICTORIA M. CIGANDA (State Bar #215719)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile:  (916) 444-5558

Attorneys for Plaintiff

**FULBRIGHT & JAWORSKI L.L.P.**
**MICHAEL S. CHAMBERLIN (Bar No. 175427)**
**KATHRYN A. VISOSKY (Bar No. 246438)**
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 892-9200
Facsimile:  (213) 892-9494

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE ANNE O'NEAL, <br><br>            Plaintiff, <br>     v. <br><br>GC SERVICES LIMITED PARTNERSHIP; DANIEL LEE MARTIN, JR.; and DOES I through XX, inclusive, <br><br>            Defendants. | Case No. 2:06-CV-02825-MCE-GGH <br><br>**JOINT STIPULATION AND ORDER EXTENDING THE DISCOVERY DEADLINE** |
| GC SERVICES, L.P., <br><br>            Counterclaimant, <br>     v. <br>JAMIE ANNE O'NEAL, <br><br>            Counterdefendant | |

---

1
**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DISCOVERY DEADLINE**

Plaintiff/Counterdefendant JAMIE ANNE O'NEAL and Defendant/Counterclaimant GC SERVICES, LP. and Defendant DANIEL LEE MARTIN, JR., by and through their respective undersigned counsel, hereby stipulate as follows:

1. On March 26, 2007, the Court issued a Pretrial (Status) Scheduling Order. The discovery deadline is set for December 27, 2007. All dispositive motions must be heard no later than May 27, 2008. The Final Pretrial Conference is set for August 22, 2008, and the Trial Date is set for September 29, 2008.

2. The parties hereby stipulate and agree that the discovery deadline of December 27, 2007, shall be extended to **March 28, 2008**.

3. The parties do not believe that modification of the Pretrial (Status) Scheduling Order extending the discovery deadline should impact any other dates and do not request modification of any other dates set forth in the Order.

Dated: October 12, 2007            **LAW OFFICES OF JOHNNY L. GRIFFIN, III**

By:   /s/ Victoria M. Ciganda
    VICTORIA M. CIGANDA
    Attorney for Plaintiff/Counterdefendant
    JAMIE ANNE O'NEAL

1  Dated: October 12, 2007            **FULBRIGHT & JAWORSKI L.L.P.**

2

3                                            By:   /s/ Michael S. Chamberlin
                                                  (as authorized on October 12, 2007.)
4                                                 MICHAEL S. CHAMBERLIN
                                                  Attorney for Defendant/Counterclaimant
5                                                 GC SERVICES, LP. and Defendant DANIEL
                                                  LEE MARTIN, JR.
6
         **IT IS SO ORDERED.**
7

8  Dated:  October 15, 2007

9
                                            _____
10                                          MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25