**FULBRIGHT & JAWORSKI L.L.P.**
Michael S. Chamberlin (Bar No. 175427)
Candace S. Bertoldi (Bar No. 254725)
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494

**CHAMBERLAIN HRDLICKA, WHITE, WILLIAMS & MARTIN**
William S. Helfand (*Admitted Pro Hac Vice-Feb. 23, 2009*)
Ryan O. Cantrell (*Admitted Pro Hac Vice-Feb. 23, 2009*)
1200 Smith Street, 14th Floor
Houston, Texas 77002-4310
Telephone: (713) 658-1818
Facsimile: (713) 658-2553
Attorneys for Defendants
DANIEL LEE MARTIN and GC SERVICES L.P.

**LAW OFFICES OF JOHNNY L. GRIFFIN III**
Johnny L. Griffin III (Bar No. 118694)
Manolo Olaso (Bar No.195629)
1010 F. Street, Suite 200
Sacramento, California 95814
Telephone    (916) 444-5557

Attorneys for Plaintiff
JAMIE ANNE O'NEAL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE ANNE O'NEAL,<br><br>       Plaintiff,<br><br>       v.<br><br>GC SERVICES LIMITED PARTNERSHIP; DANIEL LEE MARTIN, JR; and DOES I through XX, inclusive,<br><br>       Defendants. | NO.:  2:06-CV-02825-MCE (GGH)<br><br>Assigned For All Purposes To The Honorable Morrison C. England, Jr.<br><br>**JOINT STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Local Rule 16-271(o)(1)(A) FRCP 41(a)(1).

Dated: August __, 2009

FULBRIGHT & JAWORSKI L.L.P.
Michael S. Chamberlin
Candace S. Bertoldi

By /s/ Candace S. Bertoldi
Candace S. Bertoldi
Attorneys for Defendants
GC SERVICES, L.P. and DANIEL LEE MARTIN, JR.
(e-signature authorized on January 23, 2009)

Dated: August __, 2009

LAW OFFICES OF JOHNNY L. GRIFFIN III
Johnny L. Griffin III
Manolo Olaso

By /s/ Manolo Olaso
Manolo Olaso
Attorneys for Plaintiff
JAMIE ANNE O'NEAL

IT IS SO ORDERED.

DATED: August 14, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE